# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL No. 2:02-CR-66-DBH** |
| | ) | |
| **TIMOTHY GAVETT,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER ON DEFENDANT'S MOTION
## TO REDUCE SENTENCE

The defendant's pro se motion to reduce sentence is **DENIED**. When I said in 2006 that I had "no authority to review the sentence at this time," I was referring to my lack of jurisdiction to revise a sentence after it has been imposed, except in very limited circumstances not applicable here. That lack of authority still applies. If the defendant has a basis for early release upon compassionate grounds (and I express no judgment on that), that request should be directed to the Bureau of Prisons.

SO ORDERED.

DATED THIS 29TH DAY OF MAY, 2013

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**